DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH SILKY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1638

[November 1, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case No. 07-1182 CF10A.

Joseph Silky, Crawfordville, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***